IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| SAMUEL TANNER, | § | |
| | § | No. 236, 2014 |
| Respondent Below-<br>Appellant, | § | |
| | § | Court Below:  Family Court |
| | § | of the State of Delaware in and |
| v. | § | for New Castle County |
| | § | |
| THERESA ALLEN, | § | File No. 13-23165 |
| | § | |
| Petitioner Below-<br>Appellee. | § | |
| | § | |

Submitted:  January 21, 2015
Decided:  January 26, 2015

Before **STRINE**, Chief Justice, **HOLLAND**, and **RIDGELY**, Justices.

## *O R D E R*

On this 26th day of January 2015, after careful consideration of the parties' briefs, we find that the Family Court's judgment should be affirmed on the basis of its well-reasoned Order, dated April 28, 2014.

NOW, THEREFORE, IT IS ORDERED that the judgment of the Family Court is **AFFIRMED**.

BY THE COURT:

/s/ Henry duPont Ridgely
Justice